UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 89-cr-0192-E |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; RECALL ARREST WARRANT; |
| MARIO NAVARRO, | ) | AND JUDGMENT |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant MARIO NAVARRO, is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the outstanding arrest warrant for MARIO NAVARRO, be recalled and judgment entered.

DATED: May 1, 2012

*William B. Enright*
Hon. William B. Enright
United States District Judge